**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. THOMAS AND ST. JOHN**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 3:26-cr-0002** |
| | ) | |
| **AMALIA MARIA LACATUSU,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>**ORDER**</u>

**THIS MATTER** comes before the Court on the Report and Recommendation of the United States Magistrate Judge entered on March 18, 2026, ECF No. 39, recommending that the Defendant's plea of guilty to Count One of the Information, Illegal Reentry of Removed Alien, in violation of 8 U.S.C § 1326(a), be accepted, and the defendant be adjudged guilty. Also before the Court is Defendant's *Motion Requesting Order* requesting that the Court order the Office of Probation to prepare an expedited presentence report. ECF No. 40 at 1. Defendant further indicates that she waives the 35 days to review her presentence report. *Id.* After careful consideration and review, and there being no objection, it is hereby

**ORDERED** that the Report and Recommendation, ECF No. 39, is **ADOPTED;** it is further

**ORDERED** that Defendant Amalia Maria Lacatusu plea of guilty as to Count One of the Information is **ACCEPTED**, and that Amalia Maria Lacatusu is adjudged **GUILTY** on those counts; it is further

**ORDERED** that Defendant's Motion Requesting Order, ECF No. 40, is **GRANTED;** it is further

*United States v. Lacatusu*
Case No. 3:26-cr-0002
Order
Page **2** of **2**

**ORDERED** that, pursuant to Fed. R. Crim. P. 32(c)(1)(A), the U.S. Probation Office shall conduct a presentence investigation for the preparation of a presentence report; it is further

**ORDERED** that the U.S. Probation Office shall disclose the preliminary presentence report to the parties **no later than April 7, 2026;** it is further

**ORDERED** that the parties shall submit any objections or corrections to the preliminary presentence report to the U.S. Probation Office **no later than April 14, 2026;** it is further

**ORDERED** that the U.S. Probation Office shall disclose the final presentence report to the parties and the Court **no later than April 20, 2026;** it is further

**ORDERED** that the parties are excused from filing a sentencing memoranda and may allocate at the sentencing hearing; and it is further

**ORDERED** that a sentencing hearing shall be held on **April 24, 2026, at 11:00 A.M.** in S. Thomas Courtroom No. 1 before Chief Judge Robert A. Molloy.


**Dated:** March 26, 2026

                                            _____
**ROBERT A. MOLLOY**
**Chief Judge**